LEWIS EDWARD DICKINSON, for plaintiff in error.

No appearance for defendants in error.

MR. JUSTICE SCANLAN delivered the opinion of the court.

### Abstract of the Decision.

JUDGMENT, § 72*—*when refusal to open judgment by confession proper.* Where the lessor of premises, pursuant to a power in the lease, entered judgment by confession against his tenant for a month's rent, the latter's application to open the judgment and permit him to recoup damages because of the lessor's failure to comply with the terms of the lease as to furnishing heat, *held* properly denied, the allegation of the affidavit to open being most general in character, and failing to specify with certainty the facts relied upon, or to negative a provision in the lease exempting the lessor from liability for damages where failure to furnish heat was caused by unavoidable delay or inability to secure fuel.

---

### D. Groenebeld, Defendant in Error, v. Chicago City Railway Company, Plaintiff in Error.

### Gen. No. 20,185. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Reversed and remanded. Opinion filed March 11, 1915.

### Statement of the Case.

Action by D. Groenebeld against Chicago City Railway Company to recover for injuries to a horse, which necessitated its being killed. From a judgment for plaintiff for $125, defendant brings error.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

A. C. WILD and WARREN D. BARTHOLOMEW, for plaintiff in error; J. R. GUILLIAMS and FRANK L. KRIETE, of counsel.

JAMES V. CUNNINGHAM, for defendant in error.

MR. JUSTICE SCANLAN delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1786*—*when judgment reversed for insufficiency of record.* Where, in an action against a street railway company for injury to a horse, the evidence contained in the record was insufficient to show where or how the accident occurred, a judgment below for plaintiff was reversed.

---

## Mary L. Peasler, Appellee, v. Edith Tenley Norton, Appellant.

### Gen. No. 20,196.   (Not to be reported in full.)

Appeal from the County Court of Cook county; the Hon. DAVID T. SMILEY, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1914. Affirmed. Opinion filed March 11, 1915.

### Statement of the Case.

Action in assumpsit by Mary L. Peasler against Edith Tenley Norton to recover the sum of $790 claimed to be due for services rendered. The following bill of particulars was filed in the case:

''Bill of particulars: This action is brought to recover, viz: To services performed by plaintiff for defendant, at her request:

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.